UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO TANKSLEY,

    Plaintiff,

v.                                                                    Case No. 3:24-cv-1068-HES-SJH

ANTHONY PENNINGTON,
individually and ANTHONY
PENNINGTON as parent and
natural guardian of A.P.. a minor,

    Defendant.
_____/

# O R D E R

This matter is before this Court on a "Joint Notice Regarding the Status of Defendants' Motion for Sanctions" (Dkt. 41). The parties inform this Court that they have settled this case. (*Id.*) As part of the settlement, Pennington has agreed to withdraw his motion for sanctions (Dkt. 33).

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

**DONE and ORDERED** in Jacksonville, Florida this **30** day of July 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Joey David Atkins, Esq.
Matthew William McGovern, Esq.
Steven L. Worley, Esq.
Kimberly M. Dodd, Esq.