UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTONIO TANKSLEY,

     Plaintiff,

v.                           Case No. 3:24-cv-1068-HES-SJH

ANTHONY PENNINGTON,
individually and ANTHONY
PENNINGTON as parent and
natural guardian of A.P.. a minor,

     Defendant.

_____/

ORDER

This matter is before this Court on the parties' "Joint Stipulation of Voluntary Dismissal With Prejudice as to Defendants, Anthony Pennington, and Anthony Pennington as Parent and Natural Guardian of A.P[.,] a Minor" (Dkt. 47). The stipulation is signed by all parties who have appeared. (*Id.*) Accordingly, it is **ORDERED** that:

1. The parties' "Joint Stipulation of Voluntary Dismissal With Prejudice as to Defendants, Anthony Pennington, and Anthony Pennington as Parent and Natural Guardian of A.P[.,] a Minor" (Dkt. 47) is **GRANTED** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This action is dismissed with prejudice; and

3.  The Clerk will terminate all pending motions and close this file.

**DONE and ORDERED** in Jacksonville, Florida this ⎯⎯ day of

August 2025.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Joey David Atkins, Esq.
Matthew William McGovern, Esq.
Steven L. Worley, Esq.
Kimberly M. Dodd, Esq.

2